# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mayer, Robert G. | United States Bankruptcy Court, Eastern District of Virginia | 05/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

200 S. Washington Street
Alexandria, Virginia 22314

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Executive Committee | Walter Chandler American Inn of Court |
| 2. | Manager | Short, LLC |
| 3. | Manager | Belt Realty LLC |
| 4. | Manager | Denham Green Lane LLC |
| 5. | Manager | Cottonwood Tree Company LLC |
| 6. | Manager | Mayer's Restorations Ltd |
| 7. | | |
| 8. | | |
| 9. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 05/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | United Airlines -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Maryland Bankruptcy Bar Association | 5/1/2015-5/2/2015 | Annapolis, MD | Attend and teach at bankruptcy educational conference | food and lodgings |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 05/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BB&T Account | A | Interest | J | T | | | | | |
| 2. Anthem formerly WellPoint, Inc., common stock | A | Dividend | J | T | | | | | |
| 3. Short LLC membership interest (H) (Items 4-5) | | | | | | | | | |
| 4. -- Rental property, Fairfax, VA (2015 assessment $397,000) | E | Rent | N | S | | | | | |
| 5. -- BB&T Account | | None | J | T | | | | | |
| 6. Alliant Credit Union Accounts | A | Interest | K | T | | | | | |
| 7. 401(k) Plan (H) (Items 8-19) | | | | | | | | | |
| 8. -- Vanguard Target 2020 | | None | | | Sold | 11/03/15 | M | C | |
| 9. -- Vanguard Target 2030 | | None | | | Buy | 03/06/15 | J | | |
| 10. -- Vanguard Target 2030 | | | | | Buy (add'l) | 07/06/15 | J | | |
| 11. -- Vanguard Target 2030 | | | | | Buy (add'l) | 07/17/15 | J | | |
| 12. -- Vanguard Target 2030 | | | | | Sold | 11/03/15 | J | A | |
| 13. -- Vanguard Target 2040 | | None | | | Buy | 07/31/15 | J | | |
| 14. -- Vanguard Target 2040 | | | | | Sold (part) | 08/14/15 | J | | |
| 15. -- Vanguard Target 2040 | | | | | Buy (add'l) | 09/01/15 | J | | |
| 16. -- Vanguard Target 2040 | | | | | Buy (add'l) | 09/18/15 | J | | |
| 17. -- Vanguard Target 2040 | | | | | Buy (add'l) | 10/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -- Vanguard Target 2040 | | | | | Buy (add'l) | 10/16/15 | J | | |
| 19.   -- Vanguard Target 2040 | | | | | Sold | 11/03/15 | J | A | |
| 20.   Burke & Herbert Bank Account | | None | | | Closed | 06/11/15 | J | | |
| 21.   Brokerage Account A (H) (Items 22-37) | | | | | | | | | |
| 22.   -- American Funds Capital Income Builder CL C | A | Dividend | K | T | | | | | |
| 23.   -- American Funds The Income Fund of America CL C | A | Dividend | K | T | | | | | |
| 24.   --American Funds American Balanced Fund CL C | B | Dividend | K | T | | | | | |
| 25.   -- American Funds Capital World Growth & Income Fund CL C | A | Dividend | K | T | | | | | |
| 26.   -- American Funds American Balanced Fund CL A | A | Dividend | J | T | | | | | |
| 27.   -- American Funds The Income Fund of America CL A | A | Dividend | J | T | | | | | |
| 28.   -- American Funds New Perspective Fund CL A | A | Dividend | K | T | | | | | |
| 29.   -- American Funds New World Fund CL A | A | Dividend | J | T | | | | | |
| 30.   -- American Funds Washington Mutual Investors Fund CL A | B | Dividend | K | T | | | | | |
| 31.   -- AMCPX | B | Dividend | K | T | | | | | |
| 32.   -- AMRMX | B | Dividend | K | T | | | | | |
| 33.   -- CWGIX | A | Dividend | J | T | | | | | |
| 34.   -- ANCFX | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    -- AGTHX | B | Dividend | K | T | | | | | |
| 36.    -- AIVSX | B | Dividend | K | T | | | | | |
| 37.    -- GBLAX | A | Dividend | J | T | | | | | |
| 38.    Belt Realty LLC membership interest (H) (Items 39-41) | | | | | | | | | |
| 39.    -- BB&T account | | None | K | T | | | | | |
| 40.    -- Real Prop. A, Alexandria, VA (2015 assess. $603,590) | E | Rent | O | S | | | | | |
| 41.    -- Real Prop. B, Alexandria, VA (2015 assess. $581,810) | E | Rent | O | S | | | | | |
| 42.    Cottonwood Tree Co LLC membership interest (H) (Items 43-44) | | | | | | | | | |
| 43.    -- Real Prop. Sedgwick Co., KS (2015 assess. $159,800) | E | Rent | M | S | | | | | |
| 44.    -- BB&T bank account | | None | J | T | | | | | |
| 45.    Denham Green Lane LLC membership interest (H) (Items 46-47) | | | | | | | | | |
| 46.    -- Real Prop. Worchester Co, MD (2015 assess. $437,700) | E | Rent | N | S | | | | | |
| 47.    - -- BB&T bank account | | None | J | T | | | | | |
| 48.    Mayer's Restorations Ltd membership interest (H) (Item 49) | | | | | | | | | |
| 49.    -- Real Prop Montgomery Co, OH (2015 assess. $77,890) | D | Rent | L | S | | | | | |
| 50.    IRA 2 (H)(Items 51-76) | | | | | | | | | |
| 51.    -- IWF | A | Dividend | | | Sold | 11/23/15 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- IWD | A | Dividend | | | Sold | 11/23/15 | J | B | |
| 53. -- IWP | A | Dividend | | | Sold (part) | 02/23/15 | J | A | |
| 54. -- IWP | | | | | Sold | 11/23/15 | J | B | |
| 55. -- OEF | A | Dividend | | | Sold (part) | 02/23/15 | J | A | |
| 56. -- OEF | | | | | Sold | 11/23/15 | J | B | |
| 57. -- PFF | A | Dividend | | | Sold | 11/23/15 | J | | |
| 58. -- VWO | A | Dividend | | | Sold | 11/23/15 | J | | |
| 59. -- CSJ | A | Dividend | | | Buy (add'l) | 02/23/15 | J | | |
| 60. -- CSJ | | | | | Sold | 11/23/15 | J | | |
| 61. -- IJH | A | Dividend | | | Sold | 11/23/15 | J | A | |
| 62. -- BKLN | A | Dividend | | | Sold | 11/23/15 | J | | |
| 63. -- PCY | A | Dividend | | | Sold | 11/23/15 | J | | |
| 64. -- SH | | None | | | Buy (add'l) | 02/23/15 | J | | |
| 65. -- SH | | | | | Sold | 11/23/15 | J | | |
| 66. -- VGK | A | Dividend | | | Sold | 11/23/15 | J | A | |
| 67. -- VIG | A | Dividend | | | Sold | 11/23/15 | J | B | |
| 68. -- VGT | A | Dividend | | | Sold | 11/23/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- DXJ | A | Dividend | | | Sold | 11/23/15 | J | B | |
| 70. -- DJP | | None | | | Sold | 11/23/15 | J | | |
| 71. -- EFG | A | Dividend | | | Sold | 11/23/15 | J | | |
| 72. -- MINT | A | Dividend | | | Sold | 11/23/15 | J | | |
| 73. -- STPZ | A | Dividend | | | Sold | 11/23/15 | J | | |
| 74. -- VEU | A | Dividend | | | Buy (add'l) | 02/23/15 | J | | |
| 75. -- VEU | | | | | Sold | 11/23/15 | J | | |
| 76. -- Wells Fargo Account | A | Interest | J | T | Open | 11/23/15 | J | | |
| 77. IRA (H) (Items 78-112) | | | | | | | | | |
| 78. -- Fidelity Advisor Stock Selector Mid Cap CL I | A | Dividend | J | T | Buy | 11/09/15 | J | | |
| 79. -- Fidelity Advisor Stock Selector Mid Cap CL I | | | | | Buy (add'l) | 11/25/15 | J | | |
| 80. -- Fidelity Emerging Markets | A | Dividend | J | T | Buy | 11/09/15 | J | | |
| 81. -- Fidelity Emerging Markets | | | | | Buy (add'l) | 11/25/15 | J | | |
| 82. -- Fidelity Stock Selector Small Cap | A | Dividend | J | T | Buy | 11/09/15 | J | | |
| 83. -- Fidelity Stock Selector Small Cap | | | | | Buy (add'l) | 11/25/15 | J | | |
| 84. -- Fidelity Large Cap Value Enhanced Index | A | Dividend | K | T | Buy | 11/09/15 | J | | |
| 85. -- Fidelity Large Cap Value Enhanced Index | | | | | Buy (add'l) | 11/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Fidelity Stock Selector All Cap FD | B | Dividend | K | T | Buy | 11/09/15 | K | | |
| 87. -- Fidelity Stock Selector All Cap FD | | | | | Buy (add'l) | 11/25/15 | K | | |
| 88. -- Fidelity Contrafund | A | Dividend | J | T | Buy | 11/09/15 | J | | |
| 89. -- Fidelity Contrafund | | | | | Buy (add'l) | 11/25/15 | J | | |
| 90. -- Fidelity Equity Income | A | Dividend | J | T | Buy | 11/09/15 | J | | |
| 91. -- Fidelity Equity Income | | | | | Buy (add'l) | 11/25/15 | J | | |
| 92. -- Fidelity Mega Cap Stock Fund | A | Dividend | K | T | Buy | 11/09/15 | J | | |
| 93. -- Fidelity Mega Cap Stock Fund | | | | | Buy (add'l) | 11/25/15 | J | | |
| 94. -- Fidelity Growth Company | A | Dividend | J | T | Buy | 11/09/15 | J | | |
| 95. -- Fidelity Growth Company | | | | | Buy (add'l) | 11/25/15 | J | | |
| 96. -- Fidelity Low Priced Stock | A | Dividend | K | T | Buy | 11/09/15 | J | | |
| 97. -- Fidelity Low Priced Stock | | | | | Buy (add'l) | 11/25/15 | J | | |
| 98. -- Fidelity Value Discovery | A | Dividend | J | T | Buy | 11/09/15 | J | | |
| 99. -- Fidelity Value Discovery | | | | | Buy (add'l) | 11/25/15 | J | | |
| 100. -- Strategic Advisers Intl II Fund | A | Dividend | L | T | Buy | 11/09/15 | K | | |
| 101. -- Strategic Advisers Intl II Fund | | | | | Buy (add'l) | 11/25/15 | K | | |
| 102. -- Fidelity Blue Chip Growth | A | Dividend | J | T | Buy | 11/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Fidelity Blue Chip Growth | | | | | Buy (add'l) | 11/25/15 | J | | |
| 104. -- Fidelity Value | A | Dividend | J | T | Buy | 11/09/15 | J | | |
| 105. -- Fidelity Value | | | | | Buy (add'l) | 11/25/15 | J | | |
| 106. -- Fidelity Advisor High Income Adv Cl I | A | Dividend | J | T | Buy | 11/09/15 | J | | |
| 107. -- Fidelity Advisor High Income Adv Cl I | | | | | Buy (add'l) | 11/25/15 | J | | |
| 108. -- Fidelity Municipal Income | A | Dividend | J | T | Buy | 11/09/15 | J | | |
| 109. -- Fidelity Municipal Income | | | | | Buy (add'l) | 11/25/15 | J | | |
| 110. -- Fidelity Total Bond | A | Dividend | K | T | Buy | 11/09/15 | J | | |
| 111. -- Fidelity Total Bond | | | | | Buy (add'l) | 11/25/15 | J | | |
| 112. -- Fidelity Government Cash Reserves | A | Dividend | J | T | Open | 11/09/15 | J | | |
| 113. Brokerage Account C (H) (Items 114-116 ) | | | | | | | | | |
| 114. -- MCD | A | Dividend | J | T | | | | | |
| 115. -- SBUX | A | Dividend | J | T | | | | | |
| 116. -- FB | | None | J | T | | | | | |
| 117. SunTrust Bank Account | | None | J | T | | | | | |
| 118. Bangor Savings Bank | A | Interest | | | Open | 05/20/15 | J | | |
| 119. -- Bangor Savings Bank | | | | | Closed | 11/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mayer, Robert G. | 05/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Peoples United Bank Accounts | A | Interest | K | T | Open | 05/28/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Mayer, Robert G. | 05/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Robert G. Mayer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544